**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GRILL RESCUE LLC d/b/a RESCUE LLC,

        Plaintiff,

        v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, and
UNINCORPORATED ASSOCIATES
IDENTIFIED ON SCHEDULE "A,"

        Defendants.

Case No. 1:23-cv-15984

JURY TRIAL DEMANDED

**PLAINTIFF'S LOCAL RULE 3.2 NOTICE AS TO**
**AFFILIATES DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2 of the Northern District of Illinois and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Grill Rescue LLC d/b/a Rescue LLC ("Plaintiff"), by and through its undersigned counsel, certifies that Plaintiff is a privately held company wholly owned by Scott Mobley and Anthony Tranchida and that no other individual or entity owns 5% or more of Plaintiff.

1

DATED: November 15, 2023

Respectfully submitted,

/s/ Edward L. Bishop
Edward L. Bishop
ebishop@bdl-iplaw.com
Nicholas S. Lee
nlee@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com
Sameeul Haque
shaque@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 E. Woodfield Road, Suite 800
Schaumburg, IL 60173
Telephone:     (847) 969-9123
Facsimile:     (847) 969-9124

*Attorneys for Plaintiff, Grill Rescue LLC
d/b/a Rescue LLC*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this November 15, 2023. Any other counsel of record will be served by electronic mail and/or first-class mail.

/s/ Edward L. Bishop
Edward L. Bishop

3