# EXHIBIT A

| Def. # | Seller Alias | Email | Attorneys' Emails |
|---|---|---|---|
| 1 | Chef's Innovation | zoey_bei@foxmail.com | |
| 2 | acooker1856 | acooker1856@hotmail.com | skalberg@directionip.com |
| 3 | Cookeyes | wonderful_wows@163.com | shastings@agdglaw.com<br>cdepreter@agdglaw.com<br>wniro@agdglaw.com |
| 4 | Geeker Cook | jinrun_us@163.com | shastings@agdglaw.com<br>cdepreter@agdglaw.com<br>wniro@agdglaw.com |
| 5 | HZ.Deal | hzdj_zyp@163.com | shastings@agdglaw.com<br>cdepreter@agdglaw.com<br>wniro@agdglaw.com |
| 6 | meixin&store | 15913445787@163.com | |
| 7 | LeraBr | linkup@lerabr.com | |
| 8 | FHX-SJ | 981643354@qq.com | |
| 9 | IVANKA Seller | iorcorchuk@gmail.com | |
| 10 | NiphyDar | madao99chengong@outlook.com | |