**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GRILL RESCUE LLC d/b/a RESCUE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A,",<br><br>Defendants. | Case No. 1:23-cv-15984<br><br>Judge John F. Kness<br>Magistrate Judge Heather K. McShain<br><br>JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURES OF DEFENDANT SHENZHEN LANTIANJINRUN TRADING CO. LTD. D/B/A GRILLART

Defendant, Shenzhen Lantianjinrun Trading Co., Ltd. d/b/a GrillArt ("GrillArt), in accordance with Federal Rule of Civil Procedure 7.1 and ND Local Rule 3.2, hereby makes its corporate disclosures and identification of affiliates as follows:

GrillArt wholly owns and does business under tradenames Cookeyes, Geeker Cook, and HZ.Deal.

There is no parent corporation or any publicly held corporation owning 10% or more of GrillArt's stock.

Those affiliates as defined in ND Local Rule 3.2 are as follows:

1. Xu Daqing (individual)
2. Lin Yunfang (individual).

There are no other entities or individuals that own 5% or more of GrillArt.

Dated: June 25, 2024

Respectfully submitted,

/s/ *Matthew De Preter*
Matthew De Preter
Sofia J. Quezada

ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington, St. Suite 2800
Chicago, IL 60606
312-755-3153
cdepreter@agdglaw.com
squezada@agdglaw.com
***Attorneys for Defendant Shenzhen Lantianjinrun Trading Co., Ltd. d/b/a GrillArt.***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 25, 2024 a true and correct copy of the foregoing was filed electronically with the Clerk of the Court through the Court's CM/ECF System, which will provide electronic notification of such filing to all attorneys of record.

/s/ *Matthew De Preter*
Matthew De Preter
*One of the Attorneys for Defendant*
*Shenzhen Lantianjinrun Trading Co., Ltd.*
*d/b/a GrillArt*

4869-7907-1179, v. 1