## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Grill Rescue LLC d/b/a RESCUE LLC

Plaintiff,

v.

Case No.:
1:23−cv−15984

Honorable John
F. Kness

The Individuals, Corporations, Limited Liability
Companies, Partnerships, and Unincorporated Associates
Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 20, 2026:

MINUTE entry before the Honorable John F. Kness: For the reasons provided in
the accompanying opinion, which is being entered separately, the motion for judgment on
the pleadings (Dkt. 86) brought by Defendant Shenzhen Lantianjinrun Trading Co., Ltd.
d/b/a GrillArt is granted. Because this ruling does not terminate the case against this
Defendant, and in the interest of advancing the case toward resolution as to all remaining
parties, an in−person hearing is set for 3/12/2026 at 9:45 A.M. Lead counsel must attend
that hearing in person. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.